UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ARMANDO T. BURGOS,

                                Plaintiff,                        23 **CIVIL** 0273 (VSB)(GRJ)

            -against-                                     **JUDGMENT**

LEE DUDEK, COMMISSIONER
OF SOCIAL SECURITY,

                             Defendants.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion & Order dated April 18, 2025, the Court overrules Plaintiff's objections and adopts the Report in its entirety. Plaintiff's motion for judgment on the pleadings, (Doc. 12), is DENIED. Judgment is entered on behalf of Defendant , and the case is closed.

**Dated:**  New York, New York
          April 18, 2025

                                                      **TAMMI M. HELLWIG**
                                                      **Clerk of Court**

                              **BY:**

                                                      **Deputy Clerk**